DAVID A. BOONE - State Bar No. 74165
LODAB, P.C. Tax ID: 20-0124193
1611 The Alameda
San Jose, California 95126
Telephone: (408) 291-6000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MYRON ELLSWORTH LYMAN
TERRI ANN LYMAN

Chapter 13
Case No. 09-50285 RLE

APPLICATION FOR COMPENSATION;
DECLARATION

Debtor(s)_____/

1. Debtor(s') attorney, _____LODAB PC_____, requests the approval of attorney's fees in the sum of $__4,600.00__ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $__0.00__ has been previously paid to Debtor(s') attorney.

2. In addition to the basic case, the Debtor(s') case involves:

| | |
|---|---|
| x | Real property claims |
| x | Compromise plan use |
| __ | Certain additional real property: ___ piece(s) |
| __ | State or federal tax claims |
| x | Vehicle loans or leases |
| x | An operating business |
| __ | Support arrears |
| __ | Student loans |
| __ | 25 or more creditors |
| __ | Motion to commence or extend the automatic stay |

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: __1/19/2005__

/s/ David A. Boone
Attorney for Debtor(s)

Rev. 6/06

Case: 09-50285  Doc# 5  Filed: 01/20/09  Entered: 01/20/09 08:24:40  Page 1 of 1