1  DAVID A. BOONE - State Bar No. 74165
   LAW OFFICES OF DAVID A. BOONE
2  1611 The Alameda
   San Jose, CA 95126
3  (408) 291-6000

4  Attorneys for Debtors

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 IN RE:                        )    CASE NO.: 09-50285 RLE
                                 )
11 MYRON ELLSWORTH LYMAN         )    CHAPTER 13
                                 )
12 TERRI ANN LYMAN              )    Date: March 19, 2009
                                 )    Time:  2:00 p.m.
13              Debtor(s)         )    Room: 3099
                                 )
14

15              **PREHEARING STATEMENT**

16     1.     The Chapter 13 Trustee served an Objection to Confirmation on the Debtors and

17 Debtors' Counsel on February 27, 2008.  Creditor Citizen Bank filed an Objection to

18 Confirmation on February 26, 2008

19     2.     The Objection by the Chapter 13 Trustee providing Debtor's Pay Advice for

20 December 30, 2008 and Income Tax Returns.  The Objection by Citizen Bank was about the

21 value of the vehicle..

22     3.     The Objection by the Chapter 13 Trustee should be resolve, Debtor will provide

23 the remaining pay advice, and has already provided the Chapter 13 Trustee with the complete

24 Income Tax Return.  Debtor will resolve the objection by Citizen Bank with an Amended

25 Chapter 13 Plan to increase the value of the vehicle.

26     4.     All objections to confirmation should be resolved, the First Amended Chapter 13

27 Plan should be able to be confirmed.

28     5.     No discovery is needed.

Pre Hearing Statement                   1

1          6.       This is the first prehearing conference.

2     DATED: March 05, 2009                LAW OFFICES OF DAVID A. BOONE

3

4                                          By:    _/s/ David A. Boone_____
                                                  DAVID A. BOONE
5     V:\13851\PHS_03_19_09.wpd                    ATTORNEYS FOR DEBTOR

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pre Hearing Statement                      2