UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: Mark Edward Adams and   Bankruptcy Case No. 10-33407 TEC
Kim Aleta Huber

                    Debtor(s)     Chapter 13
_____/

**APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

1. Debtor(s)' attorney, __MORAN LAW GROUP, INC.__, requests the approval of attorney's fees in the sum of $ 4,650.00 pursuant to the attorneys fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Francisco Division). Of the sum requested, the amount of $2,000.00 has been previously paid to debtor(s)' attorney.

2. In addition to the basic case, the debtor(s)' case involves:

   _X_ Real property claims
   ___ Additional parcels of real property with an encumbrance of at least $10,000
   ___ Unfiled tax returns or objections to claims of taxing agencies
   ___ Vehicle loans or leases
   _X_ An operating business
   _X_ Twenty-Five or more creditors
   ___ Domestic Support Claims
   ___ Student Loans
   ___ Motion to Extend Stay
   ___ Motion to Avoid Lien

3. A copy of the Rights and Responsibilities of Chapter 13 Debtors and their Attorneys, executed by the debtor(s) and debtor(s)' attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

Dated: ___09/27/2010_____     ___/s/ Renée C. Mendoza_____
                                          Attorney for Debtor(s)

Application for Approval of Attorney's Fees
(Effective 01-01-09)