JaVonne M. Phillips, Esq. SBN 187474
Matthew B. Learned, Esq. SBN 255499
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, its assignees and/or successors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-50285 E |
| | ) |
| Myron Ellsworth Lyman and | ) Chapter 13 |
| Terri Ann Lyman | ) |
| | ) RS No. MBL-4182 |
| Debtors. | ) |
| | ) **NOTICE OF MOTION FOR** |
| | ) **RELIEF FROM AUTOMATIC** |
| | ) **STAY** |
| | ) |
| | ) |
| | ) Date: 11/18/09 |
| | ) Time: 10:00AM |
| | ) Ctrm: 3099 |
| | ) Place: 280 S. First Street |
| | )        San Jose, CA |
| | ) |
| | ) Judge: Roger L. Efremsky |
| | ) |
| | ) |
| | ) |
| | ) |

1                                                                File No. CA09-45224
Notice of Motion with Proof of Service, Case No.09-50285 E
Case: 09-50285    Doc# 38    Filed: 10/28/09    Entered: 10/28/09 15:01:18    Page 1 of 2

TO: Debtors, Myron Ellsworth Lyman and Terri Ann Lyman; Chapter 13 Trustee, Devin Derham-Burk; Debtors' Attorney of Record, David A. Boone; and Other Interested Parties.

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 280 S. First Street, San Jose, California, Movant herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion For Relief From the Automatic Stay.

Please take notice that unless the Debtors or Debtors' Counsel appears in opposition to the Motion, the Motion may be granted without further hearing.

Dated: October 28, 2009                McCarthy & Holthus, LLP


By:  /s/ Matthew B. Learned
     Matthew B. Learned, Esq.
     Attorney for Secured Creditor
     Aurora Loan Services, LLC