UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                               Chapter 13
MYRON & TERRI LYMAN                                  Case No. 09-50285 RLE

Debtor(s)__ _____/                    MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

__x_  1.   With respect to the monthly plan payments of $850.00_____
_____, those payments shall:
  ___      be suspended for $_____
  ___      be increased to $_____, effective _____
  _x_      be decreased to $800.00_____, effective March 2010_____
  ___      [other]

_x__  2.   With regard to secured claims:
  ___      to treat the claim(s) of additional creditors as secured, as follows:
           Creditor Name          Value of Collateral      Monthly Pmt (if fixed)    Interest Rate (must be specified)

  ___      to change the treatment of certain secured claims, as follows:
           Creditor Name          Value of Collateral      Monthly Pmt (if fixed)    Interest Rate (must be specified)


  _x_      to treat as unsecured, the claims of the following creditors which were previously treated as secured.
           Aurora Loan Services (973 Buckeye Ct. Sunnyvale, CA 94086 )


___   3.   With regard to general unsecured claims, to change the dividend paid:
           ___   from _____ % to _____ %
           ___   from a pot plan* of $_____ to a pot plan* of $_____
           ___   from a percentage plan at _____ % to a pot plan* of $_____
           ___   from a pot plan* of $_____ to a percentage plan at _____%
           * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined
           after allowed administrative, secured and priority unsecured claims are paid.  The plan payments will
           continue at the highest monthly payment provided in the confirmed plan, as it may have been
           modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within
           sixty (60) months of the original date of confirmation.

___   4.   Other modifications:

_x_   5.   Debtor(s') reason(s) for requesting the above modification are: **Debtors cannot afford to retain their
property and is surrendering the property located at 973 Buckeye Ct. Sunnyvale CA 94086.**
___   6.   The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.


Dated: 3/26/10                                       /s/ David A. Boone_____
Rev. 2/05                                            [Attorney for] Debtor(s)