

The following constitutes
the order of the court. Signed April 28, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| MYRON ELLSWORTH LYMAN ) | Case No. 09-50285 RLE |
| ) | |
| TERRI ANN LYMAN ) | **ORDER CONFIRMING MODIFIED** |
| ) | **CHAPTER 13 PLAN** |
| Debtors ) | |

Upon consideration of Debtors' APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on March 31, 2010, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on March 31, 2010 is confirmed.

\* \* \* END OF ORDER \* \* \*

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: April 27, 2010          /s/ DEVIN DERHAM-BURK
                               (SH      )

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 09-50285<br>Northern District of California<br>San Jose<br>Tue Apr 27 09:21:42 PDT 2010 | (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Infosource Lp As Agent for<br>Fia Card Services, NA/Bank of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Aurora Loan Services<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 |
| Aurora Loan Services, LLC<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Aurora Loan Services, LLC, its assignees and<br>c\o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Bank of America<br>PO Box 15102<br>Wilmington, DE 19884-0001 |
| Bank of America Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5726 | Alane A. Becket<br>Law Offices of Alane A. Becket<br>16 General Warren Blvd.<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| David A. Boone<br>Law Offices of David A. Boone<br>1611 The Alameda<br>San Jose, CA 95126-2202 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | Chase Auto Finance<br>AZ1-1191<br>201 N Central Avenue<br>Phoenix, AZ 85004-0073 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 |
| Chase Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Citi Cards<br>PO Box 6490<br>The Lakes, NV 88901-6418 | Citizens Auto Finance<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886-1359 |
| Citizens Automobile Finance, Inc.<br>Pite Duncan, LLP<br>c/o Melodie A. Whitson<br>4375 Jutland Drive, Ste 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Citizens Automobile Finance, Inc.<br>c/o Melodie A. Whitson<br>4375 Jutland Drive, Ste 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Citizens Bank<br>PO Box 42002<br>Providence, RI 02940-2002 |
| Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| EDD<br>800 Capitol Mall, MIC 83<br>Sacramento, CA 95814-4807 | Encore Receivable Mana<br>400 N. Rogers Rd<br>Olathe, KS 66062-1212 | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 |

| | | |
|---|---|---|
| Gary L. Fertig<br>Law Offices of Gary L. Fertig<br>875A Island Dr. #373<br>Alameda, CA 94502-6700 | Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | GEMB Lending Inc.<br>3355 Michelson Dr. 2nd Floor<br>Irvine, CA 92612-7650 |
| GEMB/Care Credit<br>P.O. Box 276<br>Dayton, OH 45401-0276 | GEMB/Mervyn's<br>P.O. Box 981400<br>El Paso, TX 79998-1400 | GEMB/Sony<br>P.O. Box 981439<br>El Paso, TX 79998-1439 |
| Gulf Oil<br>8035 Quivara Rd, Ste 100<br>Lenexa, KS 66215-2746 | HSBC/RS<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | IndyMac Federal Bank FSB<br>c/o McCarthy Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 |
| Indymac Bank<br>P.O. Box 78826<br>Phoenix, AZ 85062-8826 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JPMorgan Chase Bank, N.A.<br>201 N. Central Ave<br>AZ1-1191<br>Phoenix,AZ 85004-0073 |
| Matthew B. Learned<br>McCarthy and Holthus, LLP<br>1770 4th Ave.<br>San Diego, CA 92101-2607 | Lockheed Federal Credit Union<br>PO Box 10249<br>Burbank, CA 91510-0249 | (p)LOCKHEED FEDERAL CREDIT UNION<br>PO BOX 6759<br>BURBANK CA 91510-6759 |
| Myron Ellsworth Lyman<br>973 Buckeye Court<br>Sunnyvale, CA 94086-8258 | Terri Ann Lyman<br>973 Buckeye Court<br>Sunnyvale, CA 94086-8258 | Mervyn's<br>P.O. Box 960013<br>Orlando, FL 32896-0013 |
| NACO/THOUSAND TRAILS<br>PO Box 26<br>Gautier, MS 39553-0026 | Nelnet LNS<br>6420 Southpoint Pkwy<br>Jacksonville, FL 32216-0944 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC as agent for<br>Advanta Bank Corp., Utah Industrial Bank<br>PO Box 41067<br>Norfolk VA 23541-1067 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541-1067 | RMCB<br>P.O. Box 1238<br>Elmsford, NY 10523-0938 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Sallie Mae Servicing<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444-1683 | Sallie Mae, Inc. on behalf of UNITED<br>STUDENT AID FUNDS, INC.<br>Attn: Bankruptcy Litigation Unit E3149<br>P. O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Sam's Club Discover<br>PO Box 960013<br>Orlando, FL 32896-0013 |

| | | |
|---|---|---|
| Santa Clara Co. Tax Collector<br>70 W. Hedding St.<br>San Jose, CA 95110-1771 | Secretary of The Treasury<br>15th and Pennsylvania Ave. NW<br>Washington, DC 20220-0001 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-0056 | Thor Credit<br>3355 Michelson Drive, Ste 25<br>Irvine, CA 92612-0684 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| U.S. Attorney General<br>Civil Trial Sec. Western<br>PO Box 683 Ben Franklin<br>Washington, DC 20044-0683 | UNVL/Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | USAA FEDERAL SAVINGS BANK<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| USAA Federal Savings Bank<br>P.O. Box 47504<br>San Antonio, TX 78265-7504 | USAA Savings Bank<br>PO Box 14050<br>Las Vegas, NV 89114-4050 | United States Attorney's Office<br>Attn: Chief Tax Division<br>450 Golden Gate Ave. 10th<br>San Francisco, CA 94102-3661 |
| Walter Steinmann<br>PO Box 615<br>Newcastle, CA 95658-0615 | Wash Mutual/Providian<br>P.O. Box 660433<br>Dallas, TX 75266 | Gilbert B. Weisman<br>Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Melodie A. Whitson<br>Pite Duncan<br>4375 Jutland Dr. #200<br>San Diego, CA 92117-3600 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | eCAST Settlement Corporation<br>c/o Gilbert B. Weisman<br>POB 35480<br>Newark NJ 07193 5480 |
| eCAST Settlement Corporation assignee of Cap<br>One Bank<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta Bank Corp<br>P.O. Box 30715<br>Salt Lake City, UT 84130 | Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Lockheed Federal Credit Union<br>PO Box 6759<br>Burbank, CA 91510 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Chase Bank USA, NA           (u)Roger L. Efremsky           (u)GEMB Lending, Inc.,
PO Box 15145                    San Jose
Wilmington, DE 19850-5145


(d)eCAST Settlement Corporation    End of Label Matrix
POB 35480                          Mailable recipients    79
Newark NJ 07193-5480               Bypassed recipients     4
                                   Total                  83