Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
(408) 291-6000
Attorney(s) for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   Chapter 13
         Case No.

         SUPPLEMENTAL APPLICATION FOR COMPENSATION;
         DECLARATION; CERTIFICATE OF SERVICE

Debtor(s)_____/   [Cases filed on or after June 1, 2006]

1. Debtor(s') petition was filed on _____.
2. The "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys" was filed on _____.
3. Debtor(s') Attorney, _____, requests the approval of additional attorney's fees in the sum of $_____ pursuant to the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division).
4. Debtor(s') Attorney represents that the following event has occurred that, according to the Fee Guidelines, gives rise to a claim for additional fees, as follows:

___ A post-confirmation plan modification has been filed
    ___ not requiring amended Schedules I & J. [$400]
    ___ requiring amended Schedules I & J. [$600]
___ Application for permission to sell, refinance, or purchase real property, or if one or more motions to avoid judicial liens, has been filed by Applicant
    ___ not requiring a court hearing, [$500]
    ___ requiring a court hearing. [$750]
___ A new motion for relief from the automatic stay has been filed, excluding unopposed motions, after one year from the petition date
    ___ regarding personal property. [$400]
    ___ regarding real property. [$600]
___ Motion to dismiss, convert, or reconvert has been filed, excluding Trustee's Notices of Default regarding plan payments. [$450]
___ Optional preparation of tax returns [$200 each year x ___ years prepared]

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: _____   _____
                                Attorney for Debtor(s)

The Trustee has reviewed this Application and has no objection thereto.

Dated: _____   _____
                                Chapter 13 Trustee

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to this case. My business address is:_____
_____. I served this Application and Declaration by first class U.S. Mail, postage pre-paid at _____ _____, California on those listed below on the date below. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.
*          (Debtors)
*
*

Dated: _____   _____

Rev. 06/06